# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| AMIT TRIVEDI, | ) | |
| | ) | |
| Plaintiff, | ) | 20-CV-05720 |
| | ) | |
| v. | ) | Honorable Harry D. Leinenweber |
| | ) | |
| WELLS FARGO BANK, N.A. & | ) | Mag. Judge Sheila M. Finnegan |
| BANK OF AMERICA, N.A. | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT BANK OF AMERICA, N.A.'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Bank of America, N.A. hereby certifies the following:

Bank of America, N.A. is a direct, wholly owned subsidiary of BAC North America Holding Company. BAC North America Holding Company is a direct, wholly owned subsidiary of NB Holdings Corporation. NB Holdings Corporation is a direct, wholly owned subsidiary of Bank of America Corporation.

Bank of America Corporation is a publicly held company whose shares are traded on the New York Stock Exchange and has no parent corporation. Based on the U.S. Securities and Exchange Commission Rules regarding beneficial ownership, Berkshire Hathaway Inc., 355 Farnam Street, Omaha, Nebraska 68131, beneficially owns greater than 10% of Bank of America Corporation's outstanding common stock.

1

Dated: August 26, 2021            Respectfully submitted,

BANK OF AMERICA, N.A.

By: /s/ *Jason Leland Chrestionson*
Jason Leland Chrestionson
IL Bar No. 6326714
McGuireWoods LLP
77 West Wacker Drive
Suite 4100
Chicago, IL 60601-1818
Tel. 312-750-8618
Fax 312-849-3690
jchrestionson@mcguirewoods.com

*Attorney for Bank of America, N.A.*