UNITED STATES DISTRICT CIRCUIT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| AMIT TRIVEDI, | ) | Case No. 20 C 5720 |
|     Plaintiff, | ) | |
| | ) | Judge Harry D. Leinenweber |
| v. | ) | |
| WELLS FARGO BANK, N.A., et al., | ) | |
|     Defendants. | ) | |

**PLAINTIFF'S NOTICE OF APPEAL**

Plaintiff AMIT TRIVEDI appeals pursuant to Fed. Rule App. P. 3 to the U.S. Court of Appeals for the Seventh Circuit of the Orders of the U.S. District Court for the Northern District of Illinois, Eastern Division, dated June 29, 2022, and February 16, 2023, granting Defendants' Motions to Dismiss Amended Complaint and denying leave to amend, and denying Plaintiff's Fed. Rule Civ. P. 59(e) Motion to Reconsider Order of June 29, 2022.

(A) Party taking the Appeal: Plaintiff AMIT TRIVEDI.

(B) Judgment, Order or part therfrom being appealed:

- Order of the U.S. District Court for the Northern District of Illinois, Eastern Division, dated June 29, 2022, granting Defendants' Fed. Rule Civ. P. 12(b)(6) Motions to Dismiss Amended Complaint;

- Order of the U.S. District Court for the Northern District of Illinois, Eastern Division, dated June 29, 2022, denying Plaintiff leave to amend Complaint; and

1

- Order of the U.S. District Court for the Northern District of Illinois, Eastern Division, dated February 16, 2023, denying Plaintiff's Fed. Rule Civ. P. 59(e) Motion to Reconsider Order of June 29, 2022 granting Defendants' Fed. Rule Civ. P. 12(b)(6) Motions to Dismiss Amended Complaint.

(C) Name of the Court to which appeal is taken. United States Court of Appeals for the Seventh Circuit.

Wherefore, Plaintiff AMIT TRIVEDI respectfully requests that the United States Court of Appeals for the Seventh Circuit:

a) reverse the aforementioned Orders of the U.S. District Court for the Northern District of Illinois, Eastern Division, dated June 29, 2022, granting Defendants' Fed. Rule Civ. P. 12(b)(6) Motions to Dismiss Amended Complaint, and denying Plaintiff leave to amend, and on February 16, 2023, denying Plaintiff's Fed. Rule Civ. P. 59(e) Motion to Reconsider Order of June 29, 2022;

b) remand this case to the District Court with directions to grant leave to Plaintiff to file his Second Amended Complaint;

c) deny Defendant's Fed. Rule Civ. P. 12(b)(6) motions to dismiss and reinstate the lawsuit.

Respectfully submitted,

Amit Trivedi,

By:_____/S/___ Michael J. Greco _____
    Michael J. Greco, Attorney for Plaintiff

Michael J. Greco, Attorney at Law
Attorney for Plaintiff
175 W. Jackson Blvd., Suite 240
Chicago, Illinois 60604
312 222-0599
Atty. No. 6201254
Email: michaelgreco18@yahoo.com

**Certificate of Service**

The undersigned attorney certifies that he served a copy of the foregoing

**PLAINTIFF'S NOTICE OF APPEAL**

by electronic mail on the U.S. District Court's electronic case filing system to the parties so designated below at their respective addresses shown before 11:59 pm on March 20, 2023.

To: Benjamin Hoopes Cook, bcook@mcguirewoods.com; part_lit_20@mcguirewoods.com; usdocket@mcguirewoods.com

Punit Kumar Marwaha, Punit.Marwaha@troutman.com; fslecfintake@troutman.com; punit.marwaha@troutman.com; shelia.williams@troutman.com

                                                        By:_____/S/___ Michael J. Greco _____
                                                           Michael J. Greco, Attorney for Plaintiff

Michael J. Greco, Attorney at Law
Attorney for Plaintiff
175 W. Jackson Blvd., Suite 240
Chicago, Illinois 60604
312 222-0599
Atty. No. 6201254
Email: michaelgreco18@yahoo.com