# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

October 30, 2023

To:   Thomas G. Bruton
      UNITED STATES DISTRICT COURT
      Northern District of Illinois
      Chicago, IL 60604-0000

| | |
|---|---|
| No. 23-1553 | AMIT TRIVEDI,<br>         Plaintiff - Appellant<br><br>v.<br><br>WELLS FARGO & COMPANY, et al.,<br>         Defendants - Appellees |
| **Originating Case Information:** ||
| District Court No: 1:20-cv-05720<br>Northern District of Illinois, Eastern Division<br>District Judge Harry D. Leinenweber ||

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

TYPE OF DISMISSAL:                                          F.R.A.P. 42(b)

STATUS OF THE RECORD:                                       no record to be returned

form name: **c7_Mandate**    (form ID: **135**)